UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE, as Surviving Mother of Brooklyn ALDRIDGE, Deceased, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| | 5:21-CV-15 |
| BEVERLY BEAUMIER, CLINTON WAYNE HARPER, and MONICA BROWN. | |
| Defendants. | |

## NOTICE OF REMOVAL

COMES NOW Defendant Beverley Beaumier ("Beaumier"), through counsel, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a), 1441(c), and 1446. Defendant Beaumier files this notice subject to, and without waiving, any defenses available under state and federal law, and in support shows the following:

1. On March 6, 2020, Plaintiff filed a civil action in the Superior Court of Pierce County, Georgia, styled Rachel Aldridge, as Surviving Mother of Brooklyn Aldridge, deceased v. Beverly Beaumier, Clinton Wayne Harper, Monica Brown and Infinity Possibilities Counseling Services, LLC, and bearing Civil Action File No. SUCA20200000068 (the "Action"). Attached hereto as Exhibit "A" is a copy of all process and pleadings served on Defendant Beaumier and filed in the Action.

2. The Action originally alleged only state law tort claims against Defendants. Plaintiff amended her complaint three times adding additional state law claims. Plaintiff filed a Fourth Amended Complaint on January 15, 2021. The Fourth Amended Complaint

1

added Federal claims brought pursuant to 42 U.S.C. § 1983 against Beaumier. Plaintiff's Fourth Amended Complaint alleges violations of due process and familial association under the United States Constitution for allowing Ron Lott to gain temporary custody of Brooklyn Aldridge, without a proper background check. Defendants Beaumier and Monica Brown were employees acting within the course and scope of their official duties or employment for the Georgia Department of Human Services, specifically the Department of Family and Children's Services ("DFCS"), at the time of the incident.

3. The Action presents federal questions over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as well as questions of state law over which this court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. The Action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and 1441(c).

5. Venue is proper in the Waycross Division of the Southern District of Georgia. *See* 28 U.S.C. §§ 90(a)(2); 1441(a).

6. Pursuant to 28 U.S.A. § 1446(b)(2)(A), all of the Defendants who have been properly served in the Action at the time of the filing of this notice consent to this removal. Attached as Exhibit "B" is Defendant Monica Brown's written consent to removal. Attached as Exhibit "C" is Defendant Clinton Wayne Harper's written consent to removal. Infinite Possibilities Counseling Service, LLC has been dismissed from the case.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days from the earliest day on which Defendant Beaumier received, through service or otherwise, a copy of Plaintiff's Fourth Amended Complaint.

WHEREFORE, Defendant Beaumier respectfully request that this Notice of Removal be filed, that the action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the Superior Court of Pierce County.

This 15th day of February, 2021

Respectfully submitted,

/s/ Paul Henefeld
Paul Henefeld, Esq.
Georgia Bar No. 346755
Noah Green, Esq.
Georgia Bar No. 468138
*Attorneys for Defendant Beaumier*

**Appelbaum Henefeld & Green, P.C.**
9 Lenox Pointe, N.E., Suite B
Atlanta, Georgia 30324
404-841-1275
Fax 404-841-0248
pah@aps-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE, as Surviving Mother of Brooklyn ALDRIDGE, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>BEVERLY BEAUMIER, CLINTON WAYNE HARPER, and MONICA BROWN.<br><br>  Defendants. | CIVIL ACTION NO.<br>    5:21-CV-15 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties with a copy of **Notice of Removal** by filing same with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Brent J. Savage, Esq.
*Attorney for Plaintiff*
**Savage Turner Durham Pickney & Savage**
P.O. Box 10600
Savannah, Georgia 31412
912-231-1140

Ron Boyter, Esq.
*Attorney for Defendant Brown*
**Georgia Department of Law**
40 Capitol Square, SW
Atlanta, Georgia 30334-1300

Leslie Kennerly, Esq.
J Holder Smith, Jr., Esq.
*Attorneys for Defendant Harper*
**Young, Thagard, Hoffman, LLP**
P.O. Box 3007
Valdosta, Georgia 31604

4

This 15th day of February, 2021.

                                                Respectfully submitted,

                                                /s/ Paul Henefeld
                                                Paul Henefeld, Esq.
                                                Georgia Bar No. 346755
                                                *Attorney for Defendant Beaumier*

**Appelbaum Henefeld & Green, P.C.**
9 Lenox Pointe, N.E., Suite B
Atlanta, Georgia 30324
404-841-1275
Fax 404-841-0248
pah@aps-law.com