# In the United States District Court for the Southern District of Georgia Waycross Division

RACHEL ALDRIDGE, as surviving mother of Brooklynn Aldridge, deceased,

    Plaintiff,

v.

BEVERLY BEAUMIER, CLINTON WAYNE HARPER, and MONICA BROWN,

    Defendants.

CV 5:21-015

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 15, wherein they notify the Court that they wish to dismiss all claims against Defendant Monica Brown without prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted against Defendant Brown are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. Defendant Brown's motion to dismiss, dkt. no. 14, is therefore **DENIED as moot**. The Clerk is **DIRECTED** to terminate Defendant Brown as a party to this lawsuit. Plaintiff's claims against the other Defendants remain pending.

**SO ORDERED**, this 22 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA