# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE, as Surviving Mother of Brooklynn Aldridge, Deceased, and as Temporary Administrator of the Estate of Brooklynn Renee Aldridge, <br><br> Plaintiff, <br><br> -vs- <br><br> BEVERLY BEAUMIER, RAVEN GOLDEN, and CLINTON WAYNE HARPER, <br><br> Defendants. | CIVIL ACTION NO: 5:21-cv-15 |

## PLAINTIFF'S FIFTH AMENDED COMPLAINT
## DATED MARCH 25, 2021

COMES NOW, Plaintiff in the above-styled action, and, by and through her attorneys, files this Fourth Amended Complaint dated March 25, 2021, in compliance with this Court's Order dated March 18, 2021 (Doc. 17), showing the Court as follows:

1. Plaintiff incorporates by reference the allegations of her original Complaint, First Amended Complaint, Second Amended Complaint, Third Amended Complaint, and Fourth Amended Complaint, as if restated herein in their entirety.

Plaintiff adds the following paragraphs:

2. Brooklynn Renee Aldridge died on March 6, 2018, at the age of two years old.

3. On December 9, 2020, the Probate Court of Coffee County appointed Brooklynn's mother, Rachel Elizabeth Aldridge, as the Temporary Administrator of the Estate of Brooklynn Renee Aldridge. (Temporary Letters of Administration, Doc. 6-1). No personal representative has

been appointed for the Estate of Brooklynn Renee Aldridge.

4. Raven Golden (née Raven Johnson) is a resident and citizen of Ware County, Georgia. Upon information and belief, Raven Golden may be served with process at 404 Pineview Drive, Apartment B, Waycross, Georgia 31501.

5. This Court has jurisdiction over Plaintiff's claims against Raven Golden pursuant to 28 U.S.C. § 1331, as these claims arise under 42 U.S.C. § 1983. Venue is proper in this district court under 28 U.S.C. § 1391(b)(1), in that all of the Defendants reside in this district. *See* 28 U.S.C. § 90(c)(4).

6. Plaintiff, in her capacity as Temporary Administrator of the Estate of Brooklynn Renee Aldridge, is bringing this action against Defendant Beaumier and Defendant Golden pursuant to 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of Brooklynn's constitutional rights.

7. Raven Golden and Beverly Beaumier are being sued their individual capacities.

8. Raven Golden and Beverly Beaumier were employees of the Department of Family and Children Services (DFCS) at all times relevant to this suit.

9. Raven Golden was Beverly Beaumier's supervisor at all times relevant to this suit.

10. Beverly Beaumier was the DFCS worker responsible for Rachel Aldridge's case, including the placement of her children.

11. Raven Golden also worked on Rachel's case, particularly after Beverly Beaumier went on medical leave.

12. Beverly Beaumier and Raven Golden failed to properly investigate the fitness of Ron Lott and Amanda Coleman to care for Brooklyn, including failing to follow DFCS procedures

regarding background checks/screening and drug testing. If they had followed these procedures, they would have known that Amanda Coleman had a substantiated allegation of child maltreatment against her, and that both her and Ron Lott had been charged with multiple drug crimes. (See Intake Report, Doc. 19-5; Rachel's Affidavit, Doc. 19-6, p. 3-4; Coleman's Meth Charge, Doc. 16-5; DFCS Policy 5.6, Doc. 19-7; DFCS Policy 19.09, Doc. 19-8; exhibit "D" attached to Doc. 19-6).

13. Both Golden and Beaumier were aware Brooklynn was being mistreated, as they were told about Brooklynn's bruising and that Amanda Coleman, the woman Brooklynn was living with, was using methamphetamine. (See Rachel's texts to Golden, attached hereto as Exhibit A; Golden's email, attached hereto as Exhibit B; text from Taylor to Beaumier, attached hereto as Exhibit C).

14. Accordingly, Golden and Beaumier knew Brooklynn was not safe in the home they placed her in, yet they failed to do anything to remove her from this dangerous environment. These actions demonstrate that Beaumier and Golden were deliberately indifferent to the welfare of Brooklynn Aldridge.

15. The acts and omissions of Defendant Golden and Defendant Beaumier caused a deprivation of Brooklynn's Fourteenth Amendment substantive due process rights. Specifically, they violated Brooklynn's right to be free from unnecessary pain, her right to physical safety, and her right to familial association.

16. Defendant Golden is liable for her direct participation in causing the deprivation of Brooklynn's rights, as well as in her capacity as the supervisor of Defendant Beaumier.

17. Plaintiff restates the prayers of her original and amended complaints, and also prays:

(A) That summons and process be issued and served upon Defendant Raven Golden;

(B) That Defendants may be held jointly and severally liable;

(C) That Plaintiff be compensated for the full value of the life of Brooklynn Aldridge, as well as Brooklyn's last pain and suffering and funeral and burial expenses;

(D) For compensatory and punitive damages against Defendants Beaumier and Golden for the deprivation of Brooklynn's constitutional rights; and

(E) For the recovery attorney's fees and costs of litigation against Defendants.

Respectfully submitted this 25th day of March, 2021.

                                            **s/ Brent J. Savage**
                                            Brent J. Savage
                                            Georgia Bar No. 627450
                                            *Attorney for Plaintiff*

SAVAGE, TURNER, PINCKNEY & SAVAGE
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
lhatcher@savagelawfirm.net
jhermansen@savagelawfirm.net

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the above and foregoing **Plaintiff's Fifth Amended Complaint Dated March 25, 2021** upon all parties to this matter by using the CM/ECF system which will send an electronic copy to the following counsel of record:

Paul Henefeld
Noah Green
Appelbaum Henefeld & Green, P.C.
9 Lenox Pointe, N.E., Suite B
Atlanta, GA 30324
pah@aps-law.com
ng@aps-law.com

Leslie Kennerly
John Holder Smith, Jr.
Young, Thagard, Hoffman, LLP
P.O. Box 3007
Valdosta, GA 31604
lesliekennerly@youngthagard.com
jaysmith@youngthagard.com

This 25th day of March, 2021.

                                                */s/ Brent J. Savage*
                                                Brent J. Savage
                                                Georgia Bar No. 627450
                                                *Attorney for Plaintiff*

SAVAGE TURNER PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140
lhatcher@savagelawfirm.net
jhermansen@savagelawfirm.net