









2/11/18 5:02 PM

Ms. Rachel I have 5 things going on [illegible]

My sister and Jimmy will come get her right now.

Will u please call me

Type a message...



**Client Rachel Aldridge** — Mobile

> To come c her?!! I'm scared to death for her to be there. The house is dirty and Amanda couldn't explain the bruise at all

> I'm getting it handled and someone will be there to call you here now

> K

2/11/18 5:27 PM

> Well just letting u know if I haven't heard anything by 63o I'm calling the police or the 1800 number and my sister will be picking her up.

> I've already called in a report and let the other county workers know, and such... and someone to get back with me with the have an idea.





Text messages with Client Rachel Aldridge (Mobile):

- "Raven have u heard anything? I can't even go to sleep im so worried about her... This is awful. Please please let me know what is going on"
- "Any news this morning? At work and can't think of nothing else please let me know something"
- [Reply, partially obscured]: "Everything is being handled by..." 2/12/18 9:40 AM
- "Ok tywm. Please keep me posted"
- 2/20/18 3:58 PM
- [Partially obscured message]



