

**PLAINTIFF'S EXHIBIT B**

Golden, Raven

**From:** Johnson, Raven
**Sent:** Wednesday, January 24, 2018 12:48 PM
**To:** Beaumier, Beverly
**Subject:** Aldridge

I talked with Ms. Aldridge today and she is going into Still Waters Women's facility in Douglas, Ga for a 30 day program. She is checking in today at 4:00 PM. There are concerns with the BFa of Brooklyn's home and the girlfriend of BFa being on Meth. Due to BMo checking into the facility she wants Brooklyn to go with the other children at the uncle's residence and he has agreed to keep her also. I gave Mrs. Aldridge permission to get Brooklyn and to take her to the uncle's home while she checks into rehab. Also, she has gotten her oldest son out of jail as well and has went to live with a friend of the family.

I'll document the conversation for the case.

RAVEN C JOHNSON

SOCIAL SERVICES SUPERVISOR

REGION 11 – PIERCE CO DFCS

912.288.1058 – CELL

RAVEN.JOHNSON@DHS.GA.GOV

1