**PLAINTIFF'S EXHIBIT**
C

**Beverly Dfacs** — Mobile

> Thanks

*1/24/18 12:15*

Just spoke to Rachel she is supposed to go in today. Her father is trying to talk her into moving in with him and start church and a rehab outpatient program. He says it would be faster for her to get the kids back is that true.

*1/24/18 13:23*

> That is her decision. Brooklynn father obtained temp custody yesterday so she will be staying there. Everyone will receive drug screens

*2/11/18 16:48*

Fwd: Ma'am Brooklyn is being abused in the house you put her in.

*3/7/18 04:09*

Good job yall did brooklyn is dead now. We reported abuse to you and now we will never be able to hold her again.

Delivered