IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE,<br><br>       Plaintiff,<br><br>   v.<br><br>BEVERLY BEAUMIER; CLINTON WAYNE HARPER; and RAVEN GOLDEN,<br><br>       Defendants. | CIVIL ACTION NO.: 5:21-cv-15 |

**O R D E R**

This matter is before the Court on non-party Movant Department of Human Services' Motion for Entry of a Protective Order and Motion to Quash.  Doc. 89.  The Court **DIRECTS** the parties' counsel (Defendants, Plaintiffs, and Movants) to appear before the undersigned for a telephonic status conference on Monday, October 25, 2021 at 3:00 p.m.  See Dkt. entry dated Oct. 21, 2021.  The undersigned's courtroom deputy will provide dial-in instructions to counsel prior to the call.

**SO ORDERED**, this 22nd day of October, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA