# United States District Court

## Southern District of Georgia

Waycross Division

RACHEL ALDRIDGE, )
      Plaintiff, )
)
vs. )    CASE NUMBER : CV 5:21-015
)
BEVERLY BEAUMIER, et al., )
      Defendants. )

### N O T I C E

You are hereby notified that a motion for summary judgment was filed by: __Plaintiff__ _____ on __11/01/2021__. The motion will be submitted for decision by the Court pursuant to the local rules. Unless you file for and are granted an extension of time to respond, all pleadings, affidavits, and other evidence in opposition to this motion for summary judgment MUST be filed with the Clerk's office ON OR BEFORE __11/22/21__ (21 days).

You need to know that:

1. If you do not timely respond to this motion for summary judgment, the consequence may be that the Court will deem the motion unopposed, and the Court may enter judgment against you.
2. If your opponent's Statement of Material Facts sets forth facts supported by evidence, the Court may assume that you admit all such facts unless you oppose those facts with your own Statement of Material Facts which also sets forth facts supported by evidence. Also, your opponent may use its Statement of Material Facts to show that there is insufficient evidence to support your claims or defenses.
3. If a summary judgment motion is properly supported, you may not rest on the allegations in your pleadings alone. To oppose a properly supported motion for summary judgment, you will probably need to rebut it with admissible evidence.
4. You have a right to file affidavits or other material in opposition to the motion for summary judgment.
5. Federal Rule of Civil Procedure 56 governs summary judgment motions. You should consult this rule as well as the Local Rules for the Southern District of Georgia, especially Local Rule 56.1.
6. **Pursuant to Rules 5 & 6 of the Federal Rules of Civil Procedure, a response is due within 21 days of service.**

IF YOU DO NOT RESPOND AS DIRECTED IN THIS NOTICE, THE COURT MAY ENTER A FINAL JUDGMENT AGAINST YOU WITHOUT A FULL TRIAL OR ANY OTHER PROCEEDINGS.

I certify that this __2nd__ day of __November__, __2021__, a correct copy of this notice was sent electronically through CM/ECF to all parties in this case in accordance with this Court's Administrative Procedures. I further certify that any party not authorized to receive notification of electronic filing has been sent a correct copy of this notice via US Mail.

JOHN E. TRIPLETT, CLERK OF COURT

BY: *Tara H. Burton*
-----------------------------------
DEPUTY CLERK