**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERKS MINUTES - CIVIL**

| | | | |
|---|---|---|---|
| **CASE NO.** | 5:21cv15 | **DATE:** | 12/8/2021 |
| **TITLE:** | Rachel Aldridge v. Beverly Beaumier, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK: KIM MIXON**

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME**: | 4:00-4:30 | **TOTAL:** | 30 MINUTES |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Brent Savage | Noah Green | Beverly Beaumier, et al. |
| Mark Johnson | Leslie Kennerly | |
| | Laura Lones | |

Telephonic Status Conference held.

Court addresses deadlines and hears from parties regarding Defendant's Motion to Stay Pretrial Deadlines and Procedures, doc. 99. Court will issue written order.

Parties will reach out to Court if they are interested in Court-assisted mediation.