# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

```
RACHEL ALDRIDGE, as Surviving    )
Mother of Brooklynn Aldridge,    )
Deceased, and as Temporary       )
Administrator of the Estate      )
Of Brooklynn Renee Aldridge,     )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    CV 521-015
                                 )
BEVERLY BEAUMIER, CLINTON        )
WAYNE HARPER, and RAVEN          )
GOLDEN,                          )
                                 )
        Defendants.              )
```

## ORDER

The Court has reviewed Defendant Beaumier's motion for summary judgment, dkt. no. 33, and Defendant Golden's motion for summary judgment, dkt. no. 39. Before ruling on Defendants' motions, however, the Court **ORDERS** Defendants to file statements of material facts.

Motions for summary judgment and the responses thereto are governed by Local Rule 56.1 and Federal Rule of Civil Procedure 56. Local Rule 56.1 provides in relevant part:

> Upon any motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, *in addition to the brief, there shall be annexed to the motion a separate, short, and concise statement of the material*

> *facts as to which it is contended there exists no genuine dispute to be tried as well as any conclusions of law thereof*. Each statement of material fact shall be supported by a citation to the record. All material facts set forth in the statement required to be served by the moving party will be deemed to be admitted unless controverted by a statement served by the opposing party.

S.D. Ga. LR 56.1 (emphasis added). In addition, a party asserting that a fact is genuinely disputed must support that assertion by "citing to particular parts of materials in the record[.]" Fed. R. Civ. P. 56(c)(1)(A).

Although the Court understands these motions originated as motions to dismiss, the voluminous briefing and referenced discovery materials have made it clear that these statements of undisputed material facts are necessary to clarify the disputed and undisputed facts at hand. As such, the Court will require the parties to conform with Rule 56 and Local Rule 56.1 by filing statements of material facts and the appropriate responses thereto.

## CONCLUSION

Defendants are hereby **ORDERED** to file a Local Rule 56.1 statement in accordance with Rule 56(c) and Local Rule 56.1 **within seven (7) days** of the date of this Order. Plaintiff is also **ORDERED** to file a response to Defendants' statements in accordance with Rule 56(c) and Local Rule 56.1 **within fourteen (14) days** of

2

the date of service of Defendants' statements of undisputed material facts.

**SO ORDERED,** this 13th day of December, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA