**PLAINTIFF'S EXHIBIT A**

**Bev**
Active 38 min...

MAY 20, 2018 AT 8:33 AM

Despite the legal advice of counsel, I want you to know I am no longer with DFCS. I am so for your loss and the failure of the agency to protect Brooklynn.

You can now call each other and see information like Active Status and when you've read messages.

MAY 20, 2018 AT 12:23 PM

I tried telling everyone she wasn't safe. If I didn't do buy one thing right it was Brooklynn. She was my whole heart and I'll never ever be the same again. I feel as if i failed her. I tried protecting her. Now my daughters dead. My heart is in a billion pieces I'll never understand why

EXHIBIT A



 I know. You did not fail her- DFCS did. I am so sorry for your loss and pray everyday many Tim's a day for your comfort and peace as well as that for your children and family. Stay strong and seek justice for Brooklynn.

JUN 4, 2018 AT 1:13 PM

Who should I contact? Tell me what I should do please

JUN 4, 2018 AT 2:23 PM

If the agency has not addressed you and the death personally I would call the state office and then the media. Coffee Co should have addressed your concerns, that included physical bruising. They made initial contact had her take



Bev
Active 38 min...

initial contact had her take Brooklynn to their dr and never went back. Brooklynn should be here with you and the kids. Please stay strong for the kids but seek justice for Brooklynn. I awake every night at 2:15 am and you are always the first person I think of. I know Mr Taylor blames me but I followed policy but I will say that the case history ...well you have transformed your life for your children and was doing so before the loss of Brooklynn. She should have been with you and. Certainly after that report by our office to coffee county, which supported your report of physical abuse.

Was she, Amanda even arrested? I was on leave after my initial visit with you and then medical leave and only returned for 2 weeks before me departure. I was not allowed to



 Just stay focused on the kids and use the media to make them hold Amanda accountable and the agency ensure you and the kids never struggle again. Prove them all wrong Rachel. You are the strongest woman I know ...I would have crawled in a hole but you are succeeding and Brooklynn is with you holding your hand and knows you loved her and tried to protect her. Brooklynn's Law should should prevent removal from a mother who is seeking and actively in treatment. She should have been with you-

 Focus on the facts ...that you provided to me just now. I will be happy to give media the angry case file info

JUL 18 AT 10:57 AM

