**TRANSCRIPT OF VOICEMAIL PRODUCED BY DFCS 7-27-20**

"Hey Miss Raven, um, Ron's attorney put on the petition paper for what I've got to go to court for Thursday...he said that you guys took Brooklynn from me and placed her in his home. Is there any way that you can write a paper saying that you did not take her from me or that DFCS did not take her from me but I went to jail and that is why she was placed there because she was already there visiting him and I signed a Safety Plan or whatever saying that she could stay there. Not because you guys took her away from me."

