## IN THE SUPERIOR COURT OF PIERCE COUNTY
## STATE OF GEORGIA

RONALD LOTT, JR.,
    Plaintiff,

    Civil Action No.: 18-32-CA

vs.

RACHAEL ALDRIDGE,
    Defendant.

### RULE NISI

    The above and foregoing Petition to Legitimate Minor Children with Custody, Visitation, and Child Support having been read, examined and considered shall be filed and a copy of same and this Rule Nisi shall be served upon the Defendant as required by law.

    IT IS HEREBY ORDERED that Plaintiff shall have temporary primary physical and legal care, custody and control of minor child Brooklyn Renee Aldridge born in January 2016. Defendant shall be allowed supervised visitation at the Plaintiff's home every Sunday from 2:00 p.m. until 4:00 p.m.

    Let the Defendant show cause before this Court on the 1st day of march, 2018 at 9:00 o'clock a.m. at the Courthouse in Pierce County, Georgia, as to why the prayers of the Plaintiff should not be granted.

    SO ORDERED, this 23 day of January, 2018.

    _____
    Hon. Andrew C. Spivey, Judge
    Superior Court of Coffee County
    Waycross Judicial Circuit

Prepared by:
Marc G. Metts
GA Bar No.: 174821
Metts Law Firm, P.C.
300 Madison Ave. North
Douglas, GA 31533
(912)384-0015
(912)389-1235 (Facsimile)

PIERCE COUNTY GEORGIA
FILED IN OFFICE
JAN 26 2018
CLERK OF COURTS