## IN THE SUPERIOR COURT OF PIERCE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **RONALD LOTT, JR.,** | * |
| Plaintiff, | * Civil Action No.: 18-32-CA |
| | * |
| vs. | * Filed in office this __18th__ day of |
| | * __April__ 20 _18_ |
| | * C. Lee, Deputy |
| **RACHEL ALDRIDGE,** | * Clerk of Superior/State/Juvenile Court, |
| Defendant. | * Pierce County, GA |

### FINAL ORDER ON PETITION TO LEGITIMATE MINOR CHILD

Plaintiff having filed a Petition for Legitimation, Custody, Visitation against Defendant; and the Court having read such Complaint and having found it appropriate and proper under the circumstances of this case; and the parties having waived Findings of Facts and Conclusions of Law under O.C.G.A. 19-11-52, IT IS HEREBY ORDERED AS FOLLOWS:

**WHEREAS** the Plaintiff has filed a Petition for Legitimation, Custody, and Visitation, Civil Action No.: 18-32-CA on January 26, 2018 in Pierce County Superior Court; and

**NOW THEREFORE,** in consideration of the mutual promises and benefits accruing to each of the parties, it is hereby **ORDERED** as follows:

1.

**IT IS SO ORDERED** that upon consideration of this case and upon evidence submitted as provided by law, it is the judgment of the Court that the minor child, namely: Brooklyn Renee Aldridge, born in 2016, be and herby declared to be the legitimate child of the Petitioner, Ronald Lott, Jr. and said minor child is capable of inheriting from the Petitioner pursuant to Official Code of Georgia Annotated Section 19-7-22, as if born in lawful wedlock.

2.

**FURTHER IT IS SO ORDERED** that female minor child known as Brooklyn Renee Aldridge, born in 2016, name be changed to Brooklyn Renee Lott.



EXHIBIT E

3.

The parties are ordered to follow all the terms and conditions of this Order, and it is further agreed that the parties' intend, wish, desire, agree, and understand that the terms of this Order will control until further Order of the Court.

SO ORDERED AND DECREED THIS __10__ day of __April__, 2018.

Hon. Andrew C. Spivey, Judge
Superior Court of Pierce County
Waycross Judicial Circuit

Order prepared by:
Marc G. Metts
Attorney for Plaintiff
GA Bar No.: 174821
Metts Law Firm, P.C.
300 Madison Avenue North
Douglas GA 31532
Telephone: (912)384-0015
Facsimile: (912)389-1235
Email: mettslaw@gmail.com