```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF GEORGIA
 2                        WAYCROSS DIVISION

 3   RACHEL ALDRIDGE, as         *
     Surviving Mother of
 4   Brooklynn Aldridge,         *
     Deceased, and as
 5   Temporary Administrator     *
     of the Estate of
 6   Brooklynn Aldridge,         *
                                      CIVIL ACTION
 7            Plaintiff,         *
                                      NO. 5:21-cv-15
 8        vs.                    *

 9   BEVERLY BEAUMIER, RAVEN     *
     GOLDEN, and CLINTON
10   WAYNE HARPER                *

11            Defendants.        *
     _____
12

13        Deposition of RACHEL ALDRIDGE, taken on behalf of

14   the Defendants at the offices of Brent Savage, Esq.,

15   12th Street, Alma, Georgia, before Joyce Waters,

16   Certified Court Reporter, B-1434, commencing at

17   approximately 2:40 p.m., on the 2nd day of December,

18   2021.

19

20   APPEARANCES:

21       FOR THE PLAINTIFF:    BRENT J. SAVAGE, ESQ.
                               SAVAGE, TURNER, PINCKNEY &
22                             SAVAGE
                               POST OFFICE BOX 10600
23                             SAVANNAH, GEORGIA 31412

24

25
                                                            1
```

1     A     Uh-huh.
2           MR. SAVAGE:  She's got it in front of her.
3     A     Okay.
4     Q     So we're in agreement that Brooklynn was at
5  Mr. Lott's house before you were arrested; is that
6  correct?
7     A     Right.
8     Q     And that you did sign the safety plan for
9  Brooklynn.
10    A     Right, but it was for one night, right.
11          MR. SAVAGE:  But when you say...
12    Q     In that third block.
13          MR. SAVAGE:  My objection is "the safety
14       plan".
15    A     The safety plan was...
16          MR. SAVAGE:  I can show you there's multiple
17       plans that you've turned over on Brooklynn to us.
18    A     Right.  It's the safety plan that I signed
19 without anything to do with law enforcement on it.  I
20 signed a safety plan.  My agreement was that they could
21 have her until I got out of jail or for - for one
22 night.  That's it.  I did not agree to anything else.
23 Not once did I agree to anything else.
24    Q     On March 1st you said you went to court.
25    A     Yes, sir.

37

1    Q    Did you tell the Judge that Mr. Lott and Ms.
2 Coleman were on drugs?
3    A    I told his attorney.  We basically just
4 agreed for joint custody because I thought she needed
5 her father in her life and I thought that he would
6 protect her or something.  You know what I'm saying?
7 It was because the rest of my kids, their dads are
8 deceased, and I thought that she needed her father in
9 her life.  I thought it was the right thing to do.  And
10 that we agreed that Amanda would not be with her alone,
11 that she - that Glendora, the grandmother, was to keep
12 my daughter when I had to work or when Ron had to work.
13 She was not supposed to be left alone with Amanda.
14 That was the agreement.
15    Q    So did you ever go in front of a judge?
16    A    We did, but we like agreed beforehand, so
17 then we just -- you know what I'm saying?  The Judge
18 just signed off on it or -- Andrew Spivey.
19    Q    Okay.
20    A    We agreed for joint custody.  I'd keep her
21 for a week.  He'd keep her for a week.  I'd keep her
22 for a week.  He'd keep her for a week.  I got to pick
23 her up the Thursday after court.
24    Q    And did you?
25    A    I did.  And I got to spend till Sunday

38

1  night.  I remember dropping her off at like -- it was -
2  I was an hour late.
3      Q    Okay.  And that was...
4      A    Sunday at like 6:16.
5      Q    Okay.  When you dropped her off at - back
6  off at the Lott residence, was Ms. Coleman there?
7      A    Yeah, she was standing at the door waiting
8  on her and asked me why I was late and Brooklynn was
9  crying really, really bad because she did not want to
10 stay there.  She kept telling me, "Don't take me back
11 to Amanda's.  I don't want to go to Amanda's."  And
12 there wasn't nothing I could do about it.
13     Q    Because there was a custody agreement in
14 place?
15     A    Right.
16     Q    Ms. Coleman -- I mean,...
17     A    Oh God, don't ever call me that again.
18     Q    I'm sorry.
19     A    It's okay.
20     Q    I apologize.  I greatly apologize.  That
21 was...
22          MR. SAVAGE:  Don't worry about it.  We know
23     you're not here to...
24     A    I know.  It's all right.
25          MR. SAVAGE:  I wish there were more lawyers

39