# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE, as Surviving Mother of Brooklynn Aldridge, Deceased, and as Temporary Administrator of the Estate of Brooklynn Renee Aldridge, <br><br> Plaintiff, <br><br> -vs- <br><br> BEVERLY BEAUMIER, RAVEN GOLDEN, and CLINTON WAYNE HARPER, <br><br> Defendants. | CIVIL ACTION NO: 5:21-cv-15 |

## **PLAINTIFF'S NOTICE OF FILING**

COMES NOW Plaintiff Rachel Aldridge and, hereby files of record the attached Affidavit of Rachel Aldridge dated January 3, 2022

                                                        **/s/ Brent J. Savage**
                                                        Brent J. Savage
                                                        Georgia Bar No. 627450
                                                        *Attorney for Plaintiff*

SAVAGE, TURNER, PINCKNEY & SAVAGE
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
bsavage@savagelawfirm.net
lhatcher@savagelawfirm.net

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the above and foregoing **Plaintiff's Notice of Filing Affidavit of Rachel Aldridge** by using the CM/ECF system which will send an electronic copy to the following counsel of record:

|  |  |
|---|---|
| Paul Henefeld | Leslie Kennerly |
| Noah Green | J. Holder Smith |
| Appelbaum Henefeld & Green, P.C. | Young, Thagard, Hoffman, LLP |
| 9 Lenox Pointe, N.E., Suite B | P.O. Box 3007 |
| Atlanta, GA 30324 | Valdosta, GA 31604 |
| pah@aps-law.com | lesliekennerly@youngthagard.com |
| ng@aps-law.com | jaysmith@youngthagard.com |

Laura Lones
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300
llones@law.ga.gov

This 3rd day of January, 2022.

                      **/s/ Brent J. Savage**
                      Brent J. Savage
                      Georgia Bar No. 627450
                      *Attorney for Plaintiff*

SAVAGE, TURNER, PINCKNEY & SAVAGE
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
lhatcher@savagelawfirm.net
bsavage@savagelawfirm.net