IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RACHEL ALDRIDGE, | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-15 |
| v. | |
| BEVERLY BEAUMIER; CLINTON WAYNE HARPER; and RAVEN GOLDEN, | |
| Defendants. | |

**O R D E R**

This matter is before the Court following the parties' April 25, 2022 telephonic status conference. Dkt. entry dated Apr. 19, 2022. This case has been stayed since February 17, 2022, as Plaintiff and Defendants Beaumier and Golden work toward settlement. Doc. 127. During the status conference, Plaintiff and Defendants Beaumier and Golden explained they continue to work toward settlement and believe settlement will be finalized in July. Accordingly, the current stay will remain in place as to Defendants Beaumier and Golden. Plaintiff and Defendants Beaumier and Golden are **ORDERED** to provide a status update **on or before July 15, 2022**. Further, Plaintiff represented, based on the parties' settlement agreement, her Motion for Sanctions is now moot. Thus, the Court **DENIES as moot** Plaintiff's Motion for Sanctions. Doc. 115.

While the case has also been stayed as to Plaintiff's claims against Defendant Harper, there has been no settlement agreement reached involving those claims. The parties explained at the status conference they are ready to proceed with discovery and dispositive motions for

Plaintiff's claims against Defendant Harper.  Accordingly, the Court **LIFTS** the **STAY** as to Plaintiff's claims against Defendant Harper and provides the following deadlines:

1. The discovery deadline is **May 30, 2022**.

2. The parties' deadline for all civil motions is **June 30, 2022**.

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 49, 72.

**SO ORDERED**, this 3rd day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA